# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2018

156445

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOEL EUSEVIO DAVIS,
      Defendant-Appellant.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156445
COA: 332081
Wayne CC: 15-005481-FH

      On order of the Court, the application for leave to appeal the July 13, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Davis* (Docket No. 156406) and *People v Price* (Docket No. 156180) are pending on appeal before this Court and that the decisions in those cases may resolve issues raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2018



a0501

               Clerk